```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 06-61624-CIV-COHN/Snow
```

WROTEN McQUIRTER, JR.,

    Plaintiff,

v.

MAYFLOWER TRANSIT COMPANY, et al.,

    Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel Dwight McQuirter's Motion to Appear *Pro Hac Vice* (DE 13). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED without prejudice to refile in accordance with the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida and Rule 2B of the CM/ECF Administrative Procedures for the Southern District of Florida.

DONE AND ORDERED at Fort Lauderdale, Florida, this 22nd day of February, 2007.

                                                  LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
H.T. Smith, Jr., Esq. (P)
Dwight McQuirter, Esq.
Lawrence Roberts, Esq. (Ds)

Ms. Catherine Wade (MIA)
   Executive Service Administrator