UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61624-CIV-COHN/Snow

WROTEN McQUIRTER, JR.,

    Plaintiff,

v.

MAYFLOWER TRANSIT COMPANY, et al.,

    Defendants.
_____/

### **O R D E R**

THIS CAUSE is before the Court on counsel Dwight McQuirter's Supplemental Motion to Appear *Pro Hac Vice* (DE 15). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Dwight McQuirter, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiff **Wroten McQuirter, Jr.**, in this cause; H. T. Smith, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of April, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

H.T. Smith, Jr., Esq. (P and Local Counsel for McQuirter)
Dwight McQuirter, Esq.
Lawrence Roberts, Esq. (Ds)

Ms. Catherine Wade (MIA)
  Executive Service Administrator